**JS-6, O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| XIULAN YU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO N. MAYORKAS, UNITED STATES SECRETARY OF HOMELAND SECURITY, ET AL.,<br><br>　　　　　Defendants. | Case No.:  2:23-cv-05905-MEMF-RAO<br><br>**ORDER DISMISSING ACTION** |

/ / /

/ / /

1

On August 28, 2023, the Parties filed the Joint Stipulation to Stay Case Pending Adjudication of Application ("Stipulation"). ECF No. 10. The Court granted the Stipulation on August 30, 2023, and stayed the action until December 20, 2024. In the Stipulation, the parties agreed that "[u]pon receipt of the asylum application decision from the Los Angeles Asylum Office, Plaintiff Yu agrees to voluntarily dismiss the case[ ] and . . . [e]ach party agrees to bear his, her, or its own litigation costs, expenses, and attorneys fees." Stipulation at ¶¶ 9–10.

On September 23, 2024, Defendants filed a Notice of Mootness, indicating that Plaintiff had received the relief sought in the Complaint. ECF No. 13 at 1.

The Court, having considered the Notice of Mootness and the Stipulation, hereby DISMISSES the action in its entirety with prejudice, with each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: September 24, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge